IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

In re: ALDEN H ZUHLKE,
LISA A ZUHLKE                                     CASE NO. BK24-40267
Debtor(s).                                        Chapter 7

## MOTION TO WITHDRAW AS ATTORNEY FOR DEBTOR

COMES NOW, John A. Lentz, and moves the Court to enter an order permitting him to withdraw as attorney for the debtor. In support thereof, the undersigned shows to the Court the following:

1. There has been a breakdown in the attorney/client relationship.
2. The undersigned and Debtor have material differences as to aims and course of representation.
3. This request is made pursuant to Neb. Ct. R. Prof. Cond. §3-501.16.

WHEREFORE, John A. Lentz prays for an Order of this Court allowing him to withdraw as attorney for the Debtor.

/s/ John A. Lentz
John A. Lentz, #24420
Lepant & Lentz, PC, LLO
601 Old Cheney Rd., STE B
Lincoln, NE 68512
402-421-9676
john@lepantandlentz.com

## NOTICE OF RESISTANCE DATE

YOU AND EACH OF YOU ARE HEREBY NOTIFIED, pursuant to Neb. R. Bankr. P. 9013, that on July 25, 2024, the undersigned filed Motion to Withdraw as Debtor's Attorney in the above-entitled case in the office of the Clerk of the U.S. Bankruptcy Court. Any resistance or request for hearing on said Application must be filed and served by **August 15, 2024** Pursuant to Local Rule 9013, any resistance or objection to said Application shall set forth the specific factual and legal basis for the objection/resistance and conclude with a particular request for relief. If the resistance period expires without the filing of any resistance or request for hearing, the Court will enter an order granting the Application without further hearing. If a timely resistance or request for hearing is filed and served, the clerk shall schedule a hearing.

## **PROOF OF SERVICE**

I do hereby certify that a copy of the attached was served by mailing copies of same, by first class United States mail, postage prepaid, this 25th day of July, 2024, to:

ALL CREDITORS LISTED ON THE CURRENT MATRIX AS LISTED ON THE ATTACHED MATRIX

***The undersigned relies on the ECF system to provide notice to the Office of the United States Trustee***

/s/ John A. Lentz
John A. Lentz