IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. BK24-40267-BSK |
| ALDEN H. ZUHLKE, and ) | |
| LISA A. ZUHLKE, ) | |
| ) | |
| Debtors. ) | |

## MOTION TO COMPEL DEBTORS TO ATTEND
## SECTION 341 MEETING OF CREDITORS

The Acting United States Trustee for Region 13, through undersigned counsel, hereby respectfully requests the Court enter an order compelling Debtors Alden Zuhlke and Lisa Zuhlke to attend and be examined under oath at the Chapter 7 § 341 Meeting of Creditors, and further states as follows:

1. On March 27, 2024, Debtors Alden Zuhlke and Lisa Zuhlke filed a voluntary Chapter 12 Petition.

2. On June 10, 2024, creditor Rabo Agrifinance, LLC filed a Motion to Convert the Chapter 12 case to Chapter 7 (Filing No. 43), and on June 25, 2024, the Court entered an Order Granting the Motion to Convert Case to Chapter 7. (Filing No. 53).

3. The United States Trustee appointed Phillip Kelly as the Chapter 7 Trustee in this case and the Chapter 7 Section 341 meeting of creditors was scheduled for July 25, 2024.

4. Debtors failed to appear to testify on July 25, 2024 and the meeting was re-set to August 14, 2024. (Filing No. 66).

5. At a continued meeting of creditors on September 11, 2024, Debtors again failed to appear, and the meeting is now rescheduled for October 3, 2024, *via* Zoom. (Filing No. 66 and 81).

6. The United States Trustee will mail notice of the continued meeting date to Debtors along with this Motion.

7. The examination of Debtors is necessary for the proper administration of this Chapter 7 case.

WHEREFORE, the United States Trustee respectfully requests the Court to enter an order compelling Debtors to appear and testify at the continued § 341 meeting of creditors scheduled for October 3, 2024, at 10:00 am *via* Zoom.

Dated: September 12, 2024

Respectfully Submitted,

JERRY L. JENSEN
ACTING UNITED STATES TRUSTEE

By: /s/ *Amy B. Blackburn*
Amy B. Blackburn (MO #48222)
Trial Attorney
Department of Justice, Office of the United States Trustee, Region 13
Roman L. Hruska U.S. Courthouse
111 S. 18th Plaza, Suite 1148
Omaha, NE 68102
Phone: (402) 221-4300
Amy.B.Blackburn@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2024 I electronically filed the foregoing with the Clerk of the Bankruptcy Court using the CM/ECF system which sent notification to all CM/ECF participants and mailed a copy using the U.S. Postal Service to the following:

Alden H. Zuhlke
86033 527 Av.
Brunswick, NE 68720

Lisa A. Zuhlke
86033 527 Av.
Brunswick, NE 68720

By: /s/ *Amy B. Blackburn*
Amy B. Blackburn