IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE:<br><br>ALDEN H. ZUHLKE and<br>LISA A. ZUHLKE<br><br>Debtors. | Case No. BK 24-40267-BSK<br>(Chapter 7)<br><br>NOTICE OF RULE 2004 EXAMINATION |

Notice is hereby given that on October 24, 2024, Rabo Agrifinance will take the deposition of John A. Lentz, pursuant to Fed. R. Bankr. P. 2004. Said deposition shall take place at the law offices of Cline, Williams, Wright, Johnson & Oldfather, 233 South 13th Street, Suite 1900, Lincoln, NE, 68508 commencing at the hour of 8:00 a.m. CDT. The deposition will be transcribed by a certified court reporter and will be used for discovery and evidence in the above-referenced matter and may continue from day-to-day until completed.

RABO AGRIFINANCE, LLC

By: /s/ Richard P. Garden, Jr.
Richard P. Garden, Jr. - #17685
CLINE WILLIAMS
WRIGHT JOHNSON & OLDFATHER, L.L.P.
233 South 13th Street
1900 U.S. Bank Building
Lincoln, NE 68508-2095
(402) 474-6900
rgarden@clinewilliams.com

CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification of said filing to all CM/ECF participants and that I served a copy of the foregoing, upon John A. Lentz via email, addressed to John@johnlentz.com.

/s/ Richard P. Garden, Jr.
Richard P. Garden, Jr.

4879-4631-2172, v. 1