IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CASE NO. BK 24-40267 |
| | ) | Chapter 7 |
| ALDEN H. ZUHLKE, | ) | |
| LISA A. ZUHLKE, | ) | |
| | ) | |
| Debtors. | ) | |

## AMENDED NOTICE OF TRUSTEE'S INTENT TO CLAIM CERTAIN ASSETS AND ABANDON CERTAIN ASSETS

Comes now Philip M. Kelly, Trustee herein, and amends his claims for administration and distribution of the Debtors' interest in the following assets: non-exempt equity of avoidable transaction claims, real estate, LLC interest, promissory notes, personal property, and any other assets, including stock in Sunshine Ranch Co, Inc.; fraudulent transfer claims as reflected in adversary proceeding 24-04011; interests in Joy Springs Properties, LLC, Hartington, LLC, Z Brothers, LLC, M&H Hog Farm, LLC, Swine 84, Diamond Z Farms, LLC, and Bloomfield, LLC, and any other business entity, corporation, and/or limited liability company that the Debtors have a legal equitable claim or ownership; all accounts receivables from promissory notes involving loans and transactions with Debtors' children and third parties; promissory notes involving Darren Zuhlke, as trustor and Joy Springs Properties, LLC, as beneficiary; equipment assets and vehicles owned by any of the above-named corporations or limited liability companies; that may be discovered through further investigation that were not listed on Debtors' schedules.

The Trustee also hereby gives notice of his intent to abandon all other scheduled assets in this case, other than the assets claimed above, on the grounds that such assets are either exempt, secured in excess of their value or burdensome to administer.

DATED: __11-6-24__

_____
Philip M. Kelly, Trustee
105 E. 16th Street, P.O. Box 419
Scottsbluff, NE  69363-0419
Telephone:  (308) 632-7191
Email:  pkelly@scottsblufflaw.com