IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CASE NO. BK 24-40267 |
| | ) | Chapter 7 |
| ALDEN H. ZUHLKE, | ) | |
| LISA A. ZUHLKE, | ) | |
| | ) | |
| Debtors. | ) | |

## APPLICATION OF TRUSTEE TO HIRE A CERTIFIED PUBLIC ACCOUNTANT

The application of Philip M. Kelly respectfully alleges:

1. That he is a duly qualified and acting Trustee in this case.

2. Applicant requires the assistance of a certified public accountant for the following purposes:

    (a) to assist the Trustee in tax matters.

3. It is in the best interests of this estate and its economical administration that your applicant and Bruce Schreiner, CPA, and Schroeder & Schreiner, P.C., 2535 N. Carleton Avenue, Ste. B, Grand Island, Nebraska, 68803, be authorized to prepare tax returns and advise the Trustee concerning tax matters.

4. It is contemplated that the CPA firm will seek compensation based upon their standard normal rate, subject to the approval of the Court. No compensation will be paid to the CPA firm except upon application or notice to and approval by the Bankruptcy Court.

WHEREFORE, applicant prays that applicant be authorized to retain the services of Bruce Schreiner, CPA, and Schroeder & Schreiner, P.C., to assist the Trustee in preparing tax returns and advising the Trustee on other tax matters with compensation for such services to be paid as an administrative expense in such amounts as this court may hereafter determine and allow.

DATED: 12-10-24

_____
Philip M. Kelly, Chapter 7 Trustee