IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| IN THE MATTER OF: | ) | CASE NO. BK 24-40267 |
|---|---|---|
| | ) | Chapter 7 |
| ALDEN H. ZUHLKE, | ) | |
| LISA A. ZUHLKE, | ) | |
| | ) | |
| Debtors. | ) | |

DECLARATION OF DISINTEREST

I, Bruce E. Schreiner, after first being sworn upon oath, hereby state as follows:

1. I am a shareholder in the accounting firm of Schroeder & Schreiner, P.C., 2535 N. Carleton Avenue, Suite B, Grand Island, NE 68803.

2. I am experienced in general financial accounting, taxation, reporting, management and analysis, and I am well qualified to continue to provide these services to the Trustee in these bankruptcy proceedings.

3. Neither I, nor Schroeder & Schreiner, P.C., have any other connection with the above-named Debtor, its creditors, or any other party in interest, or their respective attorneys or accountants, in connection with the assets or liabilities in this case.

4. I desire to be employed as independent accountant for the Trustee and to assist him with the financial matters, including those in existence at the time that the petition in bankruptcy was filed. Neither I, nor Schroeder & Schreiner, P.C. has received, and it is not contemplated that we will receive, any lien or other interest in the property of the Debtor or of a third party to secure payment of my fees. No compensation will be paid to me, or Schroeder & Schreiner, P.C., except upon application to and approval by this Court.

5. The firm of Schroeder & Schreiner, P.C. and its associates are "disinterested persons" as within the meaning of 11 U.S.C. § 101(14) and are eligible to serve as certified public accountants for the estate and the Trustee in preparing tax returns, reports and advising the Trustee concerning other tax matters.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 3 day of December, 2024.

Bruce E. Schreiner
Schroeder & Schreiner, P.C.
2535 N. Carleton Avenue, Suite B
Grand Island, NE 68803

Telephone: 308-381-1355