IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE: | Case No. BK 24-40267-BSK |
| | (Chapter 12) |
| ALDEN H. ZUHLKE and | |
| LISA A. ZUHLKE | A24-4011-BSK |
| Debtors. | **NOTICE OF RULE 2004 EXAMINATION** |

Notice is hereby given that on April 16, 2025, Rabo Agrifinance will take the deposition of Doug Hall, pursuant to Fed. R. Bankr. P. 2004. Said deposition shall take place in the Jury Room of the Madison County Courthouse, 1313 North Main Street, Madison, NE, 68748 commencing at the hour of 9:30 a.m. CDT. The deposition will be transcribed by a certified court reporter and will be used for discovery and evidence in the above-referenced matter and the related Adversary Proceeding pending at A24-4011-BSK, United States Bankruptcy Court for the District of Nebraska, and may continue from day-to-day until completed.

RABO AGRIFINANCE, LLC

By:    /s/ Richard P. Garden, Jr.
        Richard P. Garden, Jr. - #17685
        CLINE WILLIAMS
        WRIGHT JOHNSON & OLDFATHER, L.L.P.
        233 South 13th Street
        1900 U.S. Bank Building
        Lincoln, NE 68508-2095
        (402) 474-6900
        rgarden@clinewilliams.com

CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification of said filing to all CM/ECF participants and that I served a copy of the foregoing upon Doug Hall via email addressed to tractorranchdh@gmail.com.

/s/ Richard P. Garden, Jr.
Richard P. Garden, Jr.

4915-1943-0444, v. 1

1