Request for Notice

Case No. BK 24-40267 BSK

Alden H. Zuhlke and
Lisa A. Zuhlke

I am requesting a copy of
Copy of Notices

Dean_Zuhlke@Hotmail.com

Dean L Zuhlke
5825 Girard ST
Omaha NE 68152
phone 402-689-3400

FILED
2025 MAY -5 AM 11:00
UNITED STATES BANKRUPTCY CLERK
FOR THE DISTRICT OF NEBRASKA

Dean L Zuhlke
Dean L Zuhlke
5/5/2025