IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CASE NO. BK 24-40267 |
| | ) | Chapter 7 |
| ALDEN H. ZUHLKE, | ) | |
| LISA A. ZUHLKE, | ) | |
| | ) | |
| Debtors. | ) | |

REPORT OF SALE

COMES NOW Philip M. Kelly, Interim Trustee in the above captioned matter, and hereby submits the following report of sale pursuant to Rule 6004(f)(1) of the Bankruptcy Rules.

1. **PROPERTY SOLD:**

   Lots One (1), Two (2), Three (3), Ten (10), Eleven (11), and Twelve (12), Block Eleven (11), College Addition to Plainview, Pierce County, Nebraska;

2. **NAME OF PURCHASER:**

   Mitchell G. Holmes and Ann M. Holmes

3. **PURCHASE PRICE:**

   | | |
   |---|---|
   | $ 45,000.00 | Gross proceeds (see attached closing statement) |
   | ($ 3,600.00) | Real Estate Commissions |
   | ($ 405.41) | Real Estate Taxes |
   | ($ 370.00) | Closing Costs |
   | $ 40,624.59 | Net proceeds |

WHEREFORE, the Trustee submits the report of sale pursuant to the Bankruptcy Rules.

*/s/ Philip M. Kelly*
Philip M. Kelly, Trustee
PO Box 419
Scottsbluff NE 69363-0419
Telephone: (308) 632-7191
Email: pkelly@scottsblufflaw.com

American Land Title Association    ALTA Settlement Statement - Seller
Adopted 05-01-2015

COPY

File No./Escrow No.: 2669200
Officer/Escrow Officer: Jennifer Heimes

**Stewart Title Company**
421 West Norfolk Avenue
Norfolk, NE 68701
(402) 371-4000

Property Address: NO SITUS
NE (PIERCE)

Seller: PHILIP M. KELLY, TRUSTEE

Settlement Date: 8/20/2025
Disbursement Date: 8/20/2025

| Description | Seller Debit | Seller Credit |
|---|---|---|
| **Deposits, Credits, Debits** | | |
| Sale Price of Property | | $45,000.00 |
| **Prorations** | | |
| County Taxes 1/1/2025 to 8/20/2025 @ $357.86/Year | $226.48 | |
| **Payoffs** | | |
| Taxes -2nd half 2024 to Pierce County Treasurer | $178.93 | |
| **Commissions** | | |
| Real Estate Commission to Real Estate Solutions Team | $2,160.00 | |
| Real Estate Commission to Premier Team | $1,440.00 | |
| **Title Charges** | | |
| Title - Lender's Title Insurance to Stewart Title Company | | |
| Title - Owner's Title Insurance to Stewart Title Company | $157.50 | |
| Title - Settlement or closing fee to Stewart Title Company | $200.00 | |
| Title - Buyer\Borrower CPL to Stewart Title Company (STG Remittance for Stewart Title Guaranty: $25.00) | $12.50 | |
| | Debit | Credit |
| Subtotals | $4,375.41 | $45,000.00 |
| Due To Seller | $40,624.59 | |
| Totals | $45,000.00 | $45,000.00 |

SUBSTITUTE FORM 1099 SELLER STATEMENT: The information contained herein is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this item is required to be reported and the IRS determines that it has not been reported.
SELLER INSTRUCTIONS: If this real estate was your principal residence, file form 2119, Sale or Exchange of Principal Residence, for any gain, with your income tax return; for other transactions, complete the applicable parts of form 4797, Form 6252 and/or Schedule D (Form 1040). This transaction does not need to be report on Form 1099-S if you sign a certification containing assurances that any capital gain from this transaction will be exempt from tax under new IRS Code Section 121. You are required by law to provide the Settlement Agent with your correct taxpayer identification number. If you do not provide the Settlement Agent with your correct taxpayer identification number, you may be subject to civil or criminal penalties imposed by law.

**Acknowledgement**

We/I have carefully reviewed the ALTA Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the ALTA Settlement Statement. We/I authorize Stewart Title Company to cause the funds to be disbursed in accordance with this statement.

SELLER(S)

_/s/ P. Kelly_
PHILIP M. KELLY, TRUSTEE

SETTLEMENT COORDINATOR

_/s/ Jenny Heimes_
Jennifer Heimes