IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN THE MATTER OF: ) | CASE NO. BK 24-40267 |
| ) | Chapter 7 |
| ALDEN H. ZUHLKE, ) | |
| LISA A. ZUHLKE, ) | |
| ) | |
| Debtors. ) | |

APPLICATION TO EMPLOY APPRAISER

The application of Philip M. Kelly as Trustee of the above referenced bankruptcy case, respectfully alleges:

1. Applicant is the duly qualified and acting trustee of this estate.
2. Applicant states that Special Counsel, Richard Garden, retained Rodney D. Johnson and United Farm & Ranch Management to perform appraisals of property of the bankruptcy estate and testimony concerning Adv. Case 24-4011 and 25-4007, concerning fraudulent transfers of property by the Debtors to their children.
3. Applicant believes it was in the best interest of the estate to hire Rodney D. Johnson and United Farm & Ranch Management, appraiser, for conducting appraisals and providing testimony concerning the adversary cases. Attached hereto is a copy of the CV of Rodney D. Johnson.
4. It is contemplated that the Appraiser will seek compensation based upon their standard normal rate, subject to the approval of the Court. No compensation will be paid to the Appraiser except upon application or notice to and approval by the Bankruptcy Court.

WHEREFORE, Applicant respectfully requests the court enter an order allowing your Trustee to employ Rodney D. Johnson and United Farm and Ranch Management as appraisers to appraise said property of the above referenced bankruptcy estate.

DATED: ___11/10/2025___

/s/ *Philip M. Kelly*
Philip M. Kelly, NSBA #15427
DOUGLS, KELLY, OSTDIEK, SNYDER,
OSSIAN and VOGL, P.C.
105 E. 16th Street, P.O. Box 419
Scottsbluff, NE 69363-0419

Telephone: (308) 632-7191<br>
Email: pkelly@scottsblufflaw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 10th day of November, 2025, I electronically filed the foregoing with the Clerk of the Bankruptcy Court using the CM-ECF System which sent electronic notification of such filing to those parties receiving electronic notice herein.

*/s/  Philip M. Kelly*
Philip M. Kelly

UAAR®                                                              File #    22 Derek Zuhlke

# QUALIFICATIONS OF
# RODNEY D. JOHNSON
**CERTIFIED APPRAISER 920223**
**NEBRASKA DEPARTMENT OF ROADS APPROVED APPRAISER**
**CONSERVATION EASEMENT CERTIFICATE**

**EDUCATION**         Associate of Applied Science Degree
                      Business and Management
                      Central Community College

**EXPERIENCE**        1971-1987   Agribusiness
                      1987-1997   Associate Broker & Certified Appraiser
                                  Prairie Realty   Holdrege, NE
                      1997-present Associate Broker, Farm Manager, &
                                  Certified Appraiser
                                  United Farm and Ranch Management

**APPRAISAL EDUCATION**  *Week long classes*
                         *Conservation Easement Certification*
                         *Course 401 The Appraisal of Partial Acquisitions*
                         Fundamentals of Rural Appraisal
                         Principles of Rural Appraisal
                         Farm Management

                         *Three day Classes from ASFMRA*
                         Highest and Best Use
                         UAAR Course
                         A-380 Appraisal Review under UASFLA (yellow book)
                         Standards of Professional Practice (every 2 yrs)
                         Eminent Domain
                         "Yellow Book" aka
                         Uniform Appraisal Standards for Federal Land Acquisitions
                         Report Writing
                         Investment Analysis

                         *One & two day classes including:*

                         Uniform Appraisal Standards for Federal
                         Land Acquisitions
                         Conservation Easement seminar
                         Sales Comparison Approach
                         Capitalization Theory
                         Marshall and Swift Cost Book class

UAAR®  File # 22 Derek Zuhlke

        Agricultural Land in Transition.
         Advanced Sales Confirmation & Analysis
         Course 403 Easement Valuation
         Cost Approach

**PARTIAL LIST OF CLIENTS**

Copple & Rockey PC
Natural Resources Conservation Service
Numerous Wetland Reserve Easements
Conservation Fund
Wells Fargo Bank
State of Nebraska Department of Roads
Nebraska Land Trust
Army Corp of Engineers
Midwest Bank
Jones National Bank    Seward
Rembolt Ludtke & Berger
Baylor Evnen Curtiss Grimit & Witt
Kinsey Ridenour Becker & Kistler
Wolfe, Snowden, Hurd, Luers & Ahl LLC
Knox County Roads Department
Wayne County Roads Department (ROW)
Natural Resources Districts
Bureau of Indian Affairs
Burlington Northern Santa Fe Railroad
Ducks Unlimited Inc.
Papio-Missouri Natural Resources District
City of York
Cozad Airport Authority
Crete Airport Authority
Ord Airport Authority
Minden Airport Authority
Hastings Airport Authority
City of Fremont
KN Energy Inc.
Blazek & Greg, P.C. L.L.O.
McGrath, North, Mullin & Kratz P. C. L.L.O.
Pinnacle Bank

**AFFILIATIONS**

American Society Farm Managers & Rural Appraisers
International Right of Way Member
Notary Public
Associate Broker #871285
Certified Appraiser #920223
State of Nebraska Approved Right of Way Appraiser



# State of Nebraska Real Property Appraiser

Name: RODNEY D JOHNSON

Classification:    Certified General Real Property Appraiser

Credential Number:    CG920223

## Current Credential

Effective Date:   January 01, 2025           Expiration Date:   December 31, 2026

Continuing Education Period:   2025-2026    Payment ID Number:   11995-2025

Credentialing Fee:   $550.00                ASC Appraiser Registry Fee:   $80.00

## Next Credential

Renewal Due Date: November 30, 2026         Last Date for Renewal: June 30, 2027

## Real Property Appraiser Principal Place of Business Contact Information

Business Name:   UNITED FARM & RANCH MANAGEMENT LLC

Street Address: 800 W BENJAMIN AVE STE B

City: NORFOLK                               State: NE           Zip Code: 68701-2801

Phone:   402-371-0065                       Email: RODNEY.JOHNSON@UFARM.COM

©1998-2019 AgWare, Inc. All Rights Reserved.    UAAR®    Page 102 of 102    File # 22 Derek Zuhlke