IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN THE MATTER OF: ) | CASE NO. BK 24-40267 |
| ) | Chapter 7 |
| ALDEN H. ZUHLKE, ) | |
| LISA A. ZUHLKE, ) | |
| ) | |
| Debtors. ) | |

APPLICATION FOR APPROVAL OF PURCHASE AGREEMENT FREE AND CLEAR OF
LIENS; NOTICE OF OBJECTION/RESISTANCE DEADLINE;
AND CERTIFICATE OF SERVICE

COMES NOW the Trustee and for his Application for Approval of Purchase Agreement Free and Clear of Liens and alleges as follows:

1. Among the assets of the bankruptcy estate is an 11.30% membership interest in Bloomfield, LLC and an 11.30% membership interest in Hartington, LLC.

2. The Trustee and Joseph Kuhlman have entered into a purchase agreement for purchase of the Debtor's 11.30% membership interest in Bloomfield, LLC and an 11.30% membership interest in Hartington, LLC for the sum of $321,848. A copy of the Purchase Agreement is attached hereto as Exhibit A.

3. The Trustee has determined it is in the best interest of the bankruptcy estate to accept the purchase amount of $321,848 which shall be paid in a lump sum.

4. Pursuant to 11 U.S.C. § 363(f), Trustee proposes the sale to be free of liens and encumbrances with valid liens attaching to the net proceeds.

5. Trustee alleges there will be adverse tax consequences of approximately $93,000.00.

WHEREFORE, the Trustee prays for the Court approving the purchase agreement free and clear of liens with Joseph Kuhlman, as set forth herein.

Nebraska Rule of Bankruptcy Procedure 9013 provides that all resistances to the Application for Approval of Purchase Agreement Free and Clear of Liens shall set forth the specific factual and legal basis and conclude with a particular request for relief and shall be served in conformance with Nebraska Rule of Bankruptcy Procedure 9014.

**IF NO WRITTEN RESISTANCE OR REQUEST FOR HEARING IS FILED WITH THE BANKRUPTCY COURT CLERK, ROMAN L. HRUSKA, UNITED STATES COURTHOUSE, 111 SOUTH 18TH PLAZA, SUITE 1125, OMAHA, NEBRASKA, 68102**

1

**AND SERVED UPON PHILIP KELLY, TRUSTEE, ON OR BEFORE** December 2, 2025 **, THE BANKRUPTCY COURT WILL CONSIDER ENTERING AN ORDER GRANTING THE RELIEF SOUGHT IN THE APPLICATION FOR APPROVAL OF PURCHASE AGREEMENT FREE AND CLEAR OF LIENS.** If a timely resistance or request for hearing is filed and served, the Bankruptcy Court will schedule a hearing with notice of the hearing being limited to parties who timely file a written resistance or request for hearing and the Trustee.

**PLEASE GOVERN YOURSELVES ACCORDINGLY.**

DATED: November 11, 2025

PHILIP M. KELLY, Trustee

By /s/ *Philip M. Kelly*
Philip M. Kelly, NSBA #15427
DOUGLAS, KELLY, OSTDIEK, SNYDER, OSSIAN and VOGL, P.C.
105 E. 16th Street, P.O. Box 419
Scottsbluff, NE 69363-0419
Telephone: (308) 632-7191
pkelly@scottsblufflaw.com

CERTIFICATE OF SERVICE

A copy of the foregoing was sent this 11th day of November, 2025, by regular United States Mail, sufficient postage attached, to all parties listed below and to all parties listed on the attached mailing matrix, except for those receiving notification electronically via the CM/ECF system as indicated by a (+) beside their name on the attached matrix.

| | |
|---|---|
| Bloomfield LLC<br>Hartington LLC<br>2119 Vernon Avenue<br>Norfolk NE 68701 | Derek Zuhlke<br>85967 530 Avenue<br>Plainview NE 68769 |
| Greg Kuhlman<br>87359 541 Avenue<br>Wausa NE 68786 | Dillan Zuhlke<br>PO Box 61<br>Creighton NE 68729 |
| Jana Kuhlman<br>2119 Vernon Avenue<br>Norfolk NE 68701 | Brian Sudbeck<br>88251 562 Avenue<br>Hartington NE 68739 |

| | |
|---|---|
| Kenneth Schmidt<br>87930 Hwy 57<br>Hartington NE  68739 | Greg Sudbeck<br>88385 562 Avenue<br>Hartington NE  68739 |
| Roger Sudbeck<br>88251 562 Avenue<br>Hartington NE  68739 | Joshua Pinkelman<br>1902 Windsor Way<br>Norfolk NE  68701 |
| Lorraine Pinkelman<br>55768 877 Road<br>Hartington NE  68739 | Dylan Kuhlman<br>87359 541 Avenue<br>Wausa NE  68786 |
| Joseph Kuhlman<br>408 Redick Avenue<br>Creighton NE  68729 | Doug Hall<br>85882 526 Avenue<br>Neligh NE  68756 |

　　　　　　　　　　　　　　/s/  Philip M. Kelly
　　　　　　　　　　　　　　Philip M. Kelly

## *PURCHASE AGREEMENT*

THIS AGREEMENT made this  *31*  day of  *October* , 2025, by and between Philip Kelly, Bankruptcy Trustee of the Alden H. Zuhlke and Lisa A. Zuhlke, Chapter 7 Bankruptcy, Case No. BK 24-40267, hereinafter known as SELLER, and Joseph Kuhlman, hereinafter known as BUYER.

**WITNESSETH:**

WHEREAS, Alden H. Zuhlke and Lisa A. Zuhlke filed for relief under Chapter 12 of the Bankruptcy Code, BK 24-40267. This case was converted to a Chapter 7 on June 25, 2024; and

WHEREAS, among the assets of the bankruptcy estate is an 11.30% membership interest in Bloomfield, LLC and an 11.30% membership interest in Hartington, LLC; and

WHEREAS, the SELLER desires to sell and transfer this interest for the benefit of the bankruptcy estate; and

THEREFORE, the parties agree as follows:

1. SELLER shall sell to the BUYER and BUYER shall purchase from the SELLER, the bankruptcy estate's 11.30% interest in Bloomfield, LLC and 11.30% interest in Hartington, LLC for the sum of $321,848.00.
2. Both parties acknowledge that this sale is subject to approval of the Bankruptcy Court. The Trustee shall file an application for approval with the Nebraska Bankruptcy Court.
3. Upon approval by the Nebraska Bankruptcy Court, the BUYER shall pay to the SELLER the sum of $321,848.00, in cash, certified funds or by wire transfer and the SELLER shall execute a transfer of membership interest to the BUYER by Bill of Sales as required by the LLC's to transfer the bankruptcy estate's interests to the BUYER.
4. The parties agree the closing of the transaction will occur within 10 business days of approval of the purchase agreement by the Nebraska Bankruptcy Court.
5. Trustee makes no representations concerning the nature and extent of the LLC interests that the BUYER is obtaining. BUYER is solely responsible for determining the nature and extent of the LLC interest BUYER is acquiring. Purchase of the LLC interests are "As is".

1

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the day and year first above written.

*Philip M. Kelly*
Philip M. Kelly, Bankruptcy Trustee of the Alden H. Zuhlke and Lisa A. Zuhlke, Chapter 7 Bankruptcy, Case No. BK 24-40267, Seller

*Joseph Kuhlman*
Joseph Kuhlman, Buyer

2

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0867-4<br>Case 24-40267-BSK<br>District of Nebraska<br>Lincoln Office<br>Tue Nov 11 15:04:25 CST 2025 | Farm Credit Services of America FLCA<br>c/o Brian S. Koerwitz<br>5825 S. 14th Street, Ste. 200<br>Lincoln, NE 68512-1233 | Marty Gratopp<br>Real Estate Solutions Team<br>401 W. Norfolk Avenue<br>Norfolk, NE 68701-5234 |
| Rodney D. Johnson<br>United Farm & Ranch Management<br>800 W. Benjamin Avenue, Ste B<br>Norfolk, NE 68701-2801 | Trudy J. Meyer<br>BMG Certified Public Accountants, LLP<br>3533 S. 85th St.<br>Lincoln, NE 68520-1501 | Bruce E. Schreiner<br>Schroeder & Schreiner<br>2535 N. Carleton Ave.<br>Suite B<br>Grand Island, NE 68803-1252 |
| Michelle A Siefert<br>Nebraska Farm Business, Inc.<br>3815 Touzaline Ave, STE 105<br>Lincoln, NE 68507-1600 | Alden H. Zuhlke<br>86033 527 Ave<br>Brunswick, NE 68720-3044 | Dean L Zuhlke<br>5825 Girard St<br>Omaha, NE 68152-2339 |
| Lisa A. Zuhlke<br>86033 527 Ave<br>Brunswick, NE 68720-3044 | Antelope County Attorney<br>501 M St.<br>Neligh, NE 68756-1473 | Antelope County Treasurer<br>501 Main St #8<br>Neligh, NE 68756-1466 |
| Bank of America<br>100 North Tryon Street<br>Charlotte, NC 28255-0001 | Baylor Evnen Wolfe & Tannehill, LLP<br>1248 O Street, Ste. 900<br>Lincoln, NE 68508-1408 | Baylor Evnen Wolfe & Tannehill, LLP<br>c/o John Hahn<br>1248 O St., Ste. 900<br>Lincoln, NE 68508-1408 |
| Cabela's Capital One<br>PO Box 60519<br>City Of Industry, CA 91716-0519 | Capital One N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Chex Systems, Inc.<br>7805 Hudson Rd.<br>STE 100<br>Saint Paul, MN 55125-1595 |
| Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | Internal Revenue Service<br>PO Box 7346<br>Centralized Insolvency Operations<br>Pennsylvania, PA 19101-7346 |
| (p)NEBRASKA DEPARTMENT OF REVENUE<br>ATTENTION BANKRUPTCY UNIT<br>PO BOX 94818<br>LINCOLN NE 68509-4818 | Rabo Agrifinance<br>10110 Nicholas St #201<br>Omaha, NE 68114-2185 | Rabo Agrifinance LLC<br>c/o Richard P. Garden, Jr.<br>233 S. 13 St., Suite 1900<br>Lincoln, NE 68508-2000 |
| Stratton, DeLay, Doele, Carlson, Buettner &<br>200 W Benjamin Ave<br>Norfolk, NE 68701-7433 | Philip M. Kelly +<br>Chapter 7 Trustee<br>PO Box 419<br>105 E. 16th Street<br>Scottsbluff, NE 69361-3140 | Philip Kelly +<br>Douglas, Kelly, Ostdiek, Snyder, Ossian,<br>105 E. 16th Street<br>P.O. Box 419<br>Scottsbluff, NE 69363-0419 |
| Richard P. Garden Jr.+<br>Cline, Williams, Wright, Johnson<br>233 South 13th Street<br>1900 U.S. Bank Building<br>Lincoln, NE 68508 | Jerald L. Ostdiek +<br>Douglas, Kelly, Meada, Ostdiek, Bartels<br>105 East 16th Street<br>P.O. Box 419<br>Scottsbluff, NE 69363-0419 | Bradley C. Easland +<br>Egley Fullner Montag Morland & Easland P<br>2424 Taylor Avenue<br>P.O. Box 33<br>Norfolk, NE 68702-0033 |

| | | |
|---|---|---|
| Brian S. Koerwitz + <br> Peetz Koerwitz & Lafleur, PC LLO <br> 5825 S. 14th Street <br> Suite 200 <br> Lincoln, NE 68512-1233 | Lauren R. Goodman + <br> McGrath North Mullin & Kratz, PC LLO <br> First National Bank Tower, Suite 3700 <br> 1601 Dodge Street <br> Omaha, NE 68102-1650 | Jerry L. Jensen + <br> Acting United States Trustee <br> Roman L. Hruska U.S. Trustee <br> 111 S. 18th Plaza, Suite 1148 <br> Omaha, NE 68102-1321 |
| John F. Zimmer + <br> Cline Williams Law Firm <br> 233 South 13th Street <br> 1900 U.S. Bank Building <br> Lincoln, NE 68508 | Amy Blackburn + <br> DOJ-Ust <br> Roman L. Hruska U.S. Courthouse <br> 111 S. 18th Plaza, Suite 1148 <br> Omaha, NE 68102-1321 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| DiscoverBank <br> PO Box 15316 <br> Wilmington, DE 19850 | Nebraska Dept. of Revenue <br> PO Box 94818 <br> Attn: Bankruptcy Unit <br> Lincoln, NE 68509-4818 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Richard P. Garden Jr. | (u)Rabo Agrifinance, LLC | (u)Derek Zuhlke |
| (u)Dillan Zuhlke | (u)Kimberly Zuhlke | (u)Michelle Zuhlke |
| (d)Baylor, Evnen, Wolfe & Tannehill, LLP <br> c/o John Hahn 1248 O St <br> Ste 900 <br> Lincoln, NE 68508 | (u)n/a | End of Label Matrix <br> Mailable recipients    34 <br> Bypassed recipients     8 <br> Total                  42 |