FILED
U.S. BANKRUPTCY COURT
DISTRICT OF NEBRASKA
12/01/2025 2:52 pm

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF NEBRASKA

In re:
Alden H. Zuhlke and Lisa A. Zuhlke, Debtors
Case No. BK 24-40267-BSK
Chapter 7

---

(Doc. 151)

COMES NOW **Doug Hall**, an interested party and shareholder of Sunshine Ranch Co., and hereby **objects** to the Trustee's Application for Approval of Sale of Assets (Doc. 151), in which the Trustee seeks to sell:

1. **1998 International Harvester 8100 feed truck**, and

2. **2005 Dodge Ram 1500 pickup**,

for a total price of **$10,000.00** to Derek Zuhlke.

### Grounds for Objection

1. A sale price of **$10,000** does **not** maximize value for the Bankruptcy Estate as required by **11 U.S.C. § 704(a)(1)**.

2. Doug Hall is prepared to submit a **higher, qualified overbid** of **$20,000.00**.

3. When a higher bid is available, the Trustee must pursue the **highest and best offer** for the Estate.

4. Approving the lower bid would not be commercially reasonable and would be contrary to the best interests of creditors.

5. Doug Hall is ready, willing, and able to close immediately.

**WHEREFORE, Doug Hall respectfully requests that the Court:**

A. Deny the proposed $10,000 sale;
B. Accept or entertain higher bids;
C. Approve Doug Hall's **$20,000** overbid;
D. Grant such other relief as is just and proper.

DATED: ___12/01/2025_____

Respectfully submitted,
Doug Hall
85882 526th Ave
Neligh NE 68756
402 910 8845
Tractorranchdhgmail.com

PLEASE TAKE NOTICE that **Doug Hall** hereby submits a **qualified overbid** for the assets described in the Trustee's Application (Doc. 151):

- **1998 International Harvester 8100 feed truck**, and
- **2005 Dodge Ram 1500 pickup**

**TOTAL OVERBID AMOUNT: $20,000.00**

This offer exceeds the previously proposed $10,000 offer and is made on the **same general terms**, subject only to the increased purchase price.

DATED: ___12/01/2025_____

Doug Hall

*/s/ Doug Hall*

This Agreement is made this _1_ day of ____12____, 2025, by and between:

**SELLER:**
Philip M. Kelly, Chapter 7 Trustee

**BUYER:**
Doug Hall

### 1. Property

Seller agrees to sell, and Buyer agrees to purchase:

- One (1) 1998 International Harvester 8100 feed truck
- One (1) 2005 Dodge Ram 1500 pickup

### 2. Purchase Price

Buyer shall pay **$20,000.00** in full within three (3) business days of Court approval.

### 3. Condition

Property is sold **AS-IS, WHERE-IS**, without warranty.

### 4. Title Transfer

Upon full payment, Seller shall deliver titles and possession to Buyer.

### 5. Court Approval

This Agreement is subject to approval by the U.S. Bankruptcy Court.

_____

Philip M. Kelly, Trustee

*[signature]*

Doug Hall, Buyer

# CERTIFICATE OF SERVICE

I certify that on the _1_ day of ____12_____, 2025, a true and correct copy of:

- Doug Hall's Objection to Sale
- Notice of Overbid
- Proposed Purchase Agreement
- Proposed Order

was served via CM/ECF or U.S. Mail upon:

- Trustee Philip Kelly
- U.S. Trustee – Region 13
- Alden H. Zuhlke
- Lisa A. Zuhlke
- Derek Zuhlke
- All parties receiving CM/ECF notices