**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA**

In re:

Alden H. Zuhlke and Lisa A. Zuhlke, Debtors

Case No. BK 24-40267-BSK

**FILED**

U.S. BANKRUPTCY COURT
DISTRICT OF NEBRASKA
12/12/2025 9:00 am

## AFFIDAVIT OF DOUG HALL

I, **Doug Hall**, being first duly sworn upon oath, hereby state and declare as follows:

1. I am an interested party in this matter and submit this affidavit in support of my **Objection** to the Trustee's proposed sale of the 1998 International Harvester 8100 feed truck and the 2005 Dodge Ram 1500 pickup (Fil. #151).

2. I have reviewed the Trustee's proposed sale price of **$10,000**, and based on my experience with agricultural equipment and current market conditions, I believe this price is **substantially below fair market value**.

3. In order to maximize recovery for the Bankruptcy Estate as required by **11 U.S.C. §704(a)(1)**, I have submitted a **qualified overbid** in the amount of **$20,000.00** for both items.

4. This overbid provides an additional **$10,000 of value** to the Estate and therefore represents the **highest and best offer**.

5. I am ready, willing, and able to **immediately close** on the purchase upon Court approval.

6. Because the property is currently in the possession of the Debtors and/or related parties, I request that the Court order the items to be **delivered to the County Sheriff's Office**, or another neutral secure location, to ensure orderly, safe, and undisputed transfer of the property.

7. This delivery requirement is necessary due to past issues concerning property control, and it prevents disputes or interference with the sale.

8. I make this offer **in good faith** and solely for the purpose of ensuring the Bankruptcy Estate receives maximum value.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: December 5, 2025

Doug Hall

Subscribed and sworn before me this 5th day of December, 2025
(Notary block)

GENERAL NOTARY - State of Nebraska
LINDA R. WEIHER
My Comm. Exp. February 28, 2026

Linda R. Weiher
Linda R. Weiher