IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN THE MATTER OF: ) | CASE NO. BK 24-40267 |
| ) | Chapter 7 |
| ALDEN H. ZUHLKE, ) | |
| LISA A. ZUHLKE, ) | |
| ) | |
| Debtors. ) | |

DECLARATION OF PHILIP M. KELLY, TRUSTEE

I, Philip M. Kelly, Chapter 7 Trustee, declare that:

1. I discovered on December 11, 2025 that a 1998 Intl. Harvester truck and a 2005 Dodge Ram Truck 1500, assets in the above-captioned bankruptcy, were transferred to ZDK Enterprises, LLC, whose member and registered agent is Derek Zuhlke, on November 5, 2025. Attached hereto as Exhibit A are copies of the Nebraska Vehicle Summaries for each of the vehicles.
2. These transfers were made without my knowledge or Bankruptcy Court authorization.
3. I had a telephone conference on December 11, 2025 with attorney, Lauren Goodman, attorney for Derek Zuhlke, requesting that the transfers be reversed immediately.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 12th day of December, 2025 at Scottsbluff, Nebraska.

PHILIP M. KELLY, Trustee

_/s/ Philip M. Kelly_
Philip M. Kelly, NSBA #15427
DOUGLAS, KELLY, OSTDIEK, SNYDER,
OSSIAN and VOGL, P.C.
105 E. 16th Street, P.O. Box 419
Scottsbluff, NE 69363-0419
Telephone: (308) 632-7191
FAX: (308) 635-1387
E-mail: pkelly@scottsblufflaw.com

1

## CERTIFICATE OF SERVICE

The undersigned is relying upon the CM/ECF filing system for electronic service upon all interested parties.

                              */s/   Philip M. Kelly*
                              Philip M. Kelly

Official Nebraska Government Website

# Nebraska Department of Motor Vehicles

(http://clickdmv.ne.gov/)

## Nebraska Vehicle Summary

12:25:29                                                                                           Thu Dec 11 2025

### Vehicle Information                                                       ( VIN: 1HSHCAHR9WH505961)

| | | | |
|---|---|---|---|
| Make | INTL. HARVESTER CO. | | |
| Year | 1998 | Color | White |
| Model | 8000 SERIES 8100 | Style | Tractor Truck (Diesel) |
| Type | Truck | | |
| Fuel | Diesel | GVWR | 44,000 |

### Title Information                                                         (TITLE NUMBER: N0006217289 )

| | | | |
|---|---|---|---|
| County | ANTELOPE | Type | Vehicle Title |
| Issued | 11/05/2025 | Acquired | 10/28/2025 |
| Odometer | 0 | Title Status | Paper |
| Owners | ZDK ENTERPRISES LLC | | |
| Address | 85967 530 AVE | | |
| | PLAINVIEW , NE 68769-2010 | | |

### Lien Information

No Lien Information

### Registration Information                                                  (PLATE: 26-379S )

| | | | |
|---|---|---|---|
| Registration Status | Active | Issued | 11/05/2025 |
| Expiration | 10/31/2026 | Type | Standard |
| Plate Type | Farm Truck | Registration Use Type | Farm Truck Tractor |
| Plate Series | 23 | County | ANTELOPE |

| | | | |
|---|---|---|---|
| **Weight** | 54000 | **Plate** | 26-379S |
| **Owners** | ZDK ENTERPRISES LLC | | |
| **Address** | 85967 530 AVE | | |
| | PLAINVIEW , NE 68769-2010 | | |

**The Nebraska Department of Motor Vehicles**
DMV Information: http://www.dmv.ne.gov/ (http://www.dmv.ne.gov/)
Email dmv.dvrweb@nebraska.gov (mailto:dmv.dvrweb@nebraska.gov)
Driver and Vehicle Records Division:
Phone: (402) 471-3918

Nebraska.gov
Contact Us: Support (http://www.nebraska.gov/contact-us.html)

Security, Accessibility, and Privacy Policies (http://www.nebraska.gov/policies.html)

# Nebraska Department of Motor Vehicles

(http://clickdmv.ne.gov/)

## Nebraska Vehicle Summary

12:26:10      Thu Dec 11 2025

### Vehicle Information      ( VIN: 1D7HU16D85J529307)

| | | | |
|---|---|---|---|
| Make | DODGE | | |
| Year | 2005 | Color | Silver |
| Model | RAM TRUCK 1500 ST/SLT | Style | Pickup |
| Type | Truck | | |
| Fuel | Gasoline | GVWR | 6,350 |

### Title Information      (TITLE NUMBER: N0006218838 )

| | | | |
|---|---|---|---|
| County | ANTELOPE | Type | Vehicle Title |
| Issued | 11/05/2025 | Acquired | 10/28/2025 |
| Odometer | 0 | Title Status | Paper |
| Owners | ZDK ENTERPRISES LLC | | |
| Address | 85967 530 AVE | | |
| | PLAINVIEW , NE 68769-2010 | | |

### Lien Information

No Lien Information

### Registration Information      (PLATE: 26-15S )

| | | | |
|---|---|---|---|
| Registration Status | Active | Issued | 11/05/2025 |
| Expiration | 10/31/2026 | Type | Standard |
| Plate Type | Farm Truck | Registration Use Type | Farm Truck |
| Plate Series | 23 | County | ANTELOPE |

| | | | |
|---|---|---|---|
| **Weight** | 32000 | **Plate** | 26-15S |
| **Owners** | ZDK ENTERPRISES LLC | | |
| **Address** | 85967 530 AVE | | |
| | PLAINVIEW, NE 68769-2010 | | |

### The Nebraska Department of Motor Vehicles
DMV Information: http://www.dmv.ne.gov/ (http://www.dmv.ne.gov/)
Email dmv.dvrweb@nebraska.gov (mailto:dmv.dvrweb@nebraska.gov)
Driver and Vehicle Records Division:
Phone: (402) 471-3918

Nebraska.gov
Contact Us: Support (http://www.nebraska.gov/contact-us.html)

Security, Accessibility, and Privacy Policies (http://www.nebraska.gov/policies.html)

# Nebraska Secretary of State

## ZDK ENTERPRISES, LLC

Thu Dec 11 12:27:59 2025

**SOS Account Number**
2302084125
**Status**
Active

**Principal Office Address**
85967 530 AVE
PLAINVIEW, NE 68769-2010
USA
**Registered Agent and Office Address**
DEREK ZUHLKE
85967 530TH AVENUE
PLAINVIEW, NE 68769
**Designated Office Address**
85967 530 AVE.
PLAINVIEW, NE 68769

**Nature of Business**
Not Available
**Entity Type**
Domestic LLC
Qualifying State: NE
**Date Filed**
Feb 17 2023

**Next Report Due Date**
Jan 01 2027

## Filed Documents

Filed documents for ZDK ENTERPRISES, LLC may be available for purchase and downloading by selecting the Purchase Now button. Your Nebraska.gov account will be charged the indicated amount for each item you view. If no Purchase Now button appears, please contact Secretary of State's office to request document(s).

| Document | Date Filed | Price | |
|---|---|---|---|
| Certificate of Organization | Feb 17 2023 | $0.45 = 1 page(s) @ $0.45 per page | Purchase Now |
| Biennial Report | Jan 18 2025 | $0.45 = 1 page(s) @ $0.45 per page | Purchase Now |

## Good Standing Documents

- If you need your Certificate of Good Standing Apostilled or Authenticated for use in another country, you must contact the Nebraska Secretary of State's office directly for information and instructions. Documents obtained from this site cannot be Apostilled or Authenticated.

    **Online Certificate of Good Standing with Electronic Validation**