IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CASE NO. BK 24-40267 |
| | ) | Chapter 7 |
| ALDEN H. ZUHLKE, | ) | |
| LISA A. ZUHLKE, | ) | |
| | ) | |
| Debtors. | ) | |

REPORT OF SALE

COMES NOW Philip M. Kelly, Interim Trustee in the above captioned matter, and hereby submits the following report of sale pursuant to Rule 6004(f)(1) of the Bankruptcy Rules.

1. **PROPERTY SOLD:**

   All of Debtors' membership interest in Bloomfield, LLC and Hartington, LLC

2. **NAME OF PURCHASER:**

   Joseph Kuhlman

3. **PURCHASE PRICE:**

   $321,848.00

WHEREFORE, the Trustee submits the report of sale pursuant to the Bankruptcy Rules.

_____
Philip M. Kelly, Trustee
PO Box 419
Scottsbluff  NE  69363-0419
Telephone:  (308) 632-7191
Email:  pkelly@scottsblufflaw.com