IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | BK 24-40267 |
| | ) | |
| ALDEN H. ZUHLKE and | ) | CHAPTER 7 |
| LISA A. ZUHLKE, | ) | |
| | ) | |
| Debtors. | ) | |

## WITHDRAWAL OF NOTICE OF SUBSTITUTION OF ATTORNEY

COMES NOW Carly L. Bahramzad of Baylor Evnen Wolfe & Tannehill, LLP, creditor herein, and withdraws her Notice of Substitution of Attorney (Fil. #172) and will file an Entry of Appearance as attorney of record for Baylor Evnen Wolfe & Tannehill, LLP.

Dated:  January 5, 2026.

> BAYLOR EVNEN WOLFE & TANNAHILL,
> LLP, Creditor
>
> BAYLOR EVNEN WOLFE & TANNEHILL, LLP
> Union Bank Place
> 1248 'O" Street, Ste. 900
> Lincoln, NE  68508
> 402-475-1075
>
> By  /s/ Carly L. Bahramzad, #26004
> cbahramzad@baylorevnen.com

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing was electronically filed with the Clerk of the Bankruptcy Court using the CM/ECF system, which system sent notification of such filing to all CM/ECF participants on the date of filing.

> /s/ Carly L. Bahramzad, #26004
> Attorney of Record