IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | BK 24-40267 |
| | ) | |
| ALDEN H. ZUHLKE and | ) | CHAPTER 7 |
| LISA A. ZUHLKE, | ) | |
| | ) | |
| Debtors. | ) | |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICE**

COMES NOW the undersigned, Carly L. Bahramzad on behalf of Baylor Evnen Wolfe & Tannehill, LLP, and hereby enters her appearance as counsel of record for BAYLOR EVNEN WOLFE & TANNEHILL, LLP, Creditor herein for the reason that John C. Hahn has passed away. Further, the undersigned requests service of any and all notices and filings in the above-captioned matter. Any and all notices and filings should preferably be served via the Court's CM/ECF system, or be sent to:

Carly L. Bahramzad
BAYLOR EVNEN WOLFE & TANNEHILL, LLP
1248 'O" Street, Ste. 900
Lincoln, NE  68508
402-475-1075
cbahramzad@baylorevnen.com; bankruptcy@baylorevnen.com

Dated: January 5, 2026.

BAYLOR EVNEN WOLFE & TANNAHILL, LLP, Creditor

BAYLOR EVNEN WOLFE & TANNEHILL, LLP
Union Bank Place
1248 'O" Street, Ste. 900
Lincoln, NE  68508
402-475-1075

By /s/ Carly L. Bahramzad, #26004
cbahramzad@baylorevnen.com

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing was electronically filed with the Clerk of the Bankruptcy Court using the CM/ECF system, which system sent notification of such filing to all CM/ECF participants on the date of filing.

/s/ Carly L. Bahramzad, #26004
Attorney of Record