IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN THE MATTER OF: ) | CASE NO. BK 24-40267 |
| ) | Chapter 7 |
| ALDEN H. ZUHLKE, ) | |
| LISA A. ZUHLKE, ) | |
| ) | |
| Debtors. ) | |

APPLICATION FOR APPROVAL OF SALE BY AUCTION FREE AND CLEAR OF LIENS;
NOTICE OF OBJECTION/RESISTANCE DEADLINE;
AND CERTIFICATE OF SERVICEA

COMES NOW the Trustee and for his Application for Approval of Sale by Auction Free and Clear of Liens, alleges as follows:

1. Among the assets of the bankruptcy estate are a 1998 Intl. Harvester Co. tractor truck series 8100 and a 2005 Dodge Ram 1500 pickup.
2. Based upon Trustee's application to sell the assets to Derek Zuhlke (Fil. #151) and the objection of Doug Hall (Fil #159) and the Trustee's communications with both parties, and their interest in increasing their bids, the Trustee determined it was in the best interest of the bankruptcy estate to conduct an auction between the two interested parties. The auction was conducted by Zoom on January 2, 2026 at 9:00 a.m. MT. The terms of the sale required the successful bidder to provide immediate payment to the Trustee of the bid amount in exchange for appropriate transfer documents of Debtors' interest and bankruptcy court approval.
3. Derek Zuhlke and Doug Hall, the interested parties, were both present at the auction and participated in the auction.
4. Derek Zuhlke was the successful bidder with a bid of $20,500.
5. Trustee believes the sale is in the best interest of the estate.
6. Trustee conducted the auction without the assistance of a third-party auctioneer, thereby avoiding any auctioneer expense.
7. Trustee has investigated the tax consequences for the sale and determined that sale consequences would be approximately $5,000.00, based upon the sale price of the vehicles.

WHEREFORE, the Trustee prays for an order of the court approving the auction sale of the assets.

1

Nebraska Rule of Bankruptcy Procedure 9013 provides that all resistances to the Application for Approval of Sale of Assets shall set forth the specific factual and legal basis and conclude with a particular request for relief and shall be served in conformance with Nebraska Rule of Bankruptcy Procedure 9014.

**IF NO WRITTEN RESISTANCE OR REQUEST FOR HEARING IS FILED WITH THE BANKRUPTCY COURT CLERK, ROMAN L. HRUSKA, UNITED STATES COURTHOUSE, 111 SOUTH 18TH PLAZA, SUITE 1125, OMAHA, NEBRASKA, 68102 AND SERVED UPON PHILIP KELLY, TRUSTEE, ON OR BEFORE January 28, 2026, THE BANKRUPTCY COURT WILL CONSIDER ENTERING AN ORDER GRANTING THE RELIEF SOUGHT IN THE APPLICATION FOR APPROVAL OF SALE OF ASSETS.** If a timely resistance or request for hearing is filed and served, the Bankruptcy Court will schedule a hearing with notice of the hearing being limited to parties who timely file a written resistance or request for hearing and the Trustee.

**PLEASE GOVERN YOURSELVES ACCORDINGLY.**

DATED:  01/07/2026

PHILIP M. KELLY, Trustee

By  /s/ Philip M. Kelly
Philip M. Kelly, NSBA #15427
Jerald L. Ostdiek, NSBA #19863
DOUGLAS, KELLY, OSTDIEK, SNYDER,
OSSIAN and VOGL, P.C.
105 E. 16th Street   PO Box 419
Scottsbluff   NE  69363-0419
Telephone: (308) 632-7191
FAX:  (308) 635-1387
E-mail: pkelly@scottsblufflaw.com

## CERTIFICATE OF SERVICE

A copy of the foregoing was sent on the 7th day of January, 2026, by regular United States Mail, sufficient postage attached, to all parties on the attached mailing matrix, except for those receiving notification electronically via the CM/ECF system as indicated by a (+) beside their name on the attached matrix. A copy was also mailed by regular United States Mail, sufficient postage attached to the Derek Zuhlke, 85967 530 Ave, Plainview, NE, 68769.

                        _/s/ Philip M. Kelly_
                        Philip M. Kelly, NSBA #15427
                        Jerald L. Ostdiek, NSBA #19863

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0867-4<br>Case 24-40267-BSK<br>District of Nebraska<br>Lincoln Office<br>Wed Jan  7 10:08:48 CST 2026 | Farm Credit Services of America FLCA<br>c/o Brian S. Koerwitz<br>5825 S. 14th Street, Ste. 200<br>Lincoln, NE 68512-1233 | Marty Gratopp<br>Real Estate Solutions Team<br>401 W. Norfolk Avenue<br>Norfolk, NE 68701-5234 |
| Doug Hall<br>Sunshine Ranch Co.<br>85882  526th Ave<br>Neligh, NE 68756-5035 | Rodney D. Johnson<br>United Farm & Ranch Management<br>800 W. Benjamin Avenue, Ste B<br>Norfolk, NE 68701-2801 | Trudy J. Meyer<br>BMG Certified Public Accountants, LLP<br>3533 S. 85th St.<br>Lincoln, NE 68520-1501 |
| Bruce E. Schreiner<br>Schroeder & Schreiner<br>2535 N. Carleton Ave.<br>Suite B<br>Grand Island, NE 68803-1252 | Michelle A Siefert<br>Nebraska Farm Business, Inc.<br>3815 Touzaline Ave, STE 105<br>Lincoln, NE 68507-1600 | Alden H. Zuhlke<br>86033 527 Ave<br>Brunswick, NE 68720-3044 |
| Dean L Zuhlke<br>5825 Girard St<br>Omaha, NE 68152-2339 | Lisa A. Zuhlke<br>86033 527 Ave<br>Brunswick, NE 68720-3044 | Antelope County Attorney<br>501 M St.<br>Neligh, NE 68756-1473 |
| Antelope County Treasurer<br>501 Main St #8<br>Neligh, NE 68756-1466 | Bank of America<br>100 North Tryon Street<br>Charlotte, NC 28255-0001 | Baylor Evnen Wolfe & Tannehill, LLP<br>1248 O Street, Ste. 900<br>Lincoln, NE 68508-1408 |
| Baylor Evnen Wolfe & Tannehill, LLP<br>c/o John Hahn<br>1248 O St., Ste. 900<br>Lincoln, NE 68508-1408 | Cabela's Capital One<br>PO Box 60519<br>City Of Industry, CA 91716-0519 | Capital One N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 |
| Chex Systems, Inc.<br>7805 Hudson Rd.<br>STE 100<br>Saint Paul, MN 55125-1595 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 |
| Internal Revenue Service<br>PO Box 7346<br>Centralized Insolvency Operations<br>Pennsylvania, PA 19101-7346 | (p)NEBRASKA DEPARTMENT OF REVENUE<br>ATTENTION BANKRUPTCY UNIT<br>PO BOX 94818<br>LINCOLN NE 68509-4818 | Rabo Agrifinance<br>10110 Nicholas St #201<br>Omaha, NE 68114-2185 |
| Rabo Agrifinance LLC<br>c/o Richard P. Garden, Jr.<br>233 S. 13 St., Suite 1900<br>Lincoln, NE 68508-2000 | Stratton, DeLay, Doele, Carlson, Buettner &<br>200 W Benjamin Ave<br>Norfolk, NE 68701-7433 | Philip M. Kelly +<br>Chapter 7 Trustee<br>PO Box 419<br>105 E. 16th Street<br>Scottsbluff, NE 69361-3140 |
| Philip Kelly +<br>Douglas, Kelly, Ostdiek, Snyder, Ossian,<br>105 E. 16th Street<br>P.O. Box 419<br>Scottsbluff, NE 69363-0419 | Richard P. Garden Jr.+<br>Cline, Williams, Wright, Johnson<br>233 South 13th Street<br>1900 U.S. Bank Building<br>Lincoln, NE 68508 | Jerald L. Ostdiek +<br>Douglas, Kelly, Meade, Ostdiek, Bartels<br>105 East 16th Street<br>P.O. Box 419<br>Scottsbluff, NE 69363-0419 |

Bradley C. Easland +
Egley Fullner Montag Morland & Easland P
2424 Taylor Avenue
P.O. Box 33
Norfolk, NE 68702-0033

Brian S. Koerwitz +
Peetz Koerwitz & Lafleur, PC LLO
5825 S. 14th Street
Suite 200
Lincoln, NE 68512-1233

Lauren R. Goodman +
McGrath North Mullin & Kratz, PC LLO
First National Bank Tower, Suite 3700
1601 Dodge Street
Omaha, NE 68102-1650

Carly Bahramzad +
Baylor Evnen Wolfe & Tannehill, LLP
1248 O Street
Suite 900
Lincoln, NE 68508-1408

Jerry L. Jensen +
Acting United States Trustee
Roman L. Hruska U.S. Trustee
111 S. 18th Plaza, Suite 1148
Omaha, NE 68102-1321

John F. Zimmer +
Cline Williams Law Firm
233 South 13th Street
1900 U.S. Bank Building
Lincoln, NE 68508

Amy Blackburn +
DOJ-Ust
Roman L. Hruska U.S. Courthouse
111 S. 18th Plaza, Suite 1148
Omaha, NE 68102-1321

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

DiscoverBank
PO Box 15316
Wilmington, DE 19850

Nebraska Dept. of Revenue
PO Box 94818
Attn: Bankruptcy Unit
Lincoln, NE 68509-4818

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Baylor Evnen Wolfe & Tannehill LLP
1248 O Street
Suite 900
US

(u)Richard P. Garden Jr.

(u)Rabo Agrifinance, LLC

(u)Derek Zuhlke

(u)Dillan Zuhlke

(u)Kimberly Zuhlke

(u)Michelle Zuhlke

(d)Baylor, Evnen, Wolfe & Tannehill, LLP
c/o John Hahn 1248 O St
Ste 900
Lincoln, NE 68508

(u)n/a

End of Label Matrix
Mailable recipients    36
Bypassed recipients     9
Total                  45